UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANITRA GRIMES, ET AL. | CIVIL ACTION |
| VERSUS | |
| HAAR, ET AL. | NO. 13-617-SDD-RLB |

### ORDER OF DISMISSAL

The Court having been advised by counsel that the above action has been settled,

**IT IS ORDERED** that this action is hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

**IT IS FURTHER ORDERED** that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana, May 26, 2015.

_____
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**